OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



September 3, 2024

Brian C. Conley, Esq.
MacMain Leinhauser
433 W Market Street
Suite 200
West Chester, PA 19382

David J. MacMain, Esq.
MacMain Leinhauser
433 W Market Street
Suite 200
West Chester, PA 19382

RE: Damon Atkins v. Eddie Moran, et al
Case Number: 24-2466
District Court Case Number: 5-23-cv-02732

Dear Counsel:

Pursuant to our docketing letter dated **August 15, 2024**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Concise Summary of the Case**
**Information Statement**
**Transcript Purchase Order Form**


The above listed forms must be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**

Very truly yours,

Patricia S. Dodszuweit, Clerk


By: Stephanie
Case Manager
Direct Dial 267-299-4926

cc: Joel A. Ready, Esq.