# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

## CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14** days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION:_____

USCA NO.: _____

LOWER COURT or AGENCY and DOCKET NUMBER:
_____

NAME OF JUDGE:_____

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

LIST and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

Provide a short statement of the factual and procedural background, which you consider important to this appeal:

This case arises from the June 3, 2023 arrest for disorderly conduct of Plaintiff/Appellee Damon Atkins after he appeared opposite a permitted flag-raising event held by the Reading Pride Celebration, yelled derogatory comments toward the event attendees and, after being advised by Appellant Sgt. Bradley McClure not to disrupt the event, immediately continued his activity. Sgt. Bradley McClure was faced with a situation of opposing groups with the potential for public disruption and his neutral directives to Mr. Atkins and other protesters were intended to preserve the peace. On May 17, 2024, Appellee moved for partial Summary Judgment as to liability only on his claims for (1) First Amendment retaliation, (2) Fourth Amendment reasonable seizure, (3) Section 1983 and state law malicious prosecution, (4) state law false imprisonment, and (5) assault and battery. In response, on May 31, 2024, Defendants/Appellants filed a Brief in Opposition raising the defense of qualified immunity on the § 1983 claims. On July 29, 2024, the United States District Court for the Eastern District of Pennsylvania granted, in part, and denied, in part, the Motion for Summary Judgment, granting summary judgment to Plaintiff/Appellee on the Fourth Amendment unreasonable seizure claim and state law claims for false imprisonment and assault and battery, only. The District Court also denied the qualified immunity defense raised by appellant McClure. Appellants thereafter filed a notice of appeal related to the denial of qualified immunity on August 15, 2024.

Identify the issues to be raised on appeal:

The District Court erred in denying the qualified immunity defense, and accordingly, granting summary judgment in favor of Plaintiff/Appellee on the Fourth Amendment unreasonable seizure claim and in failing to dismiss all of the § 1983 claims against Appellants. Specifically, the District Court misapplied the law regarding qualified immunity in finding that Sgt. McClure's decision to arrest Plaintiff/Appellee violated his "clear constitutional rights" without specifying which rights were allegedly violated. The District Court also erred in declining to grant summary judgment to Appellants on the First Amendment retaliation claim and the malicious prosecution claim by failing to address whether Sgt. McClure's arrest of Mr. Atkins violated his constitutional rights under each Section 1983 claim alleged (First Amendment retaliation, Fourth Amendment unreasonable seizure, and malicious prosecution), failing to consider the right at issue at the level of specificity required, and failing to address whether those rights were clearly established at the time of the arrest.

Appellants also contend that the District Court erred when it failed to find that it would not have been clear to every reasonable officer faced with the situation confronting Sgt. McClure that arresting Plaintiff/Appellee under the circumstances was a clear violation of his constitutional rights.

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record

this 17 day of September ,20 24 .

/s/ Brian C. Conley

Signature of Counsel

Rev. 07/2015