# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

DAMON ATKINS,

              Appellee,

    v.

SGT. BRADLEY MCCLURE, EDDIE MORAN, RICHARD TORNIELLI, AND CITY OF READING,

              Appellants.

NO. 24-2466

## STIPULATION OF DISMISSAL
## PURSUANT TO F.R.A.P. 42(b)

Pursuant to the settlement reached between Appellee, Damon Atkins, and Appellants, Sgt. Bradley McClure, Eddie Moran, Richard Tornielli, and the City of Reading, it is hereby stipulated and agreed by and between the parties that the above-captioned matter is **DISMISSED** pursuant to F.R.A.P. 42(b) with prejudice with each party to bear its own costs and attorney's fees.

| | |
|---|---|
| */s/ Joel A. Ready* | */s/ David J. MacMain* |
| Joel A. Ready, Esquire | David J. MacMain, Esquire |
| Cornerstone Law Firm, LLC | Brian C. Conley, Esquire |
| 8500 Allentown Pike, Suite 3 | Maeve E. Bain, Esquire |
| Blandon, PA 19510 | MacMain Leinhauser PC |
| *Attorney for Appellee/Plaintiff* | 433 W. Market Street, Suite 200 |
| | West Chester, PA 19382 |
| | *Attorneys for Appellants/Defendants* |
| Date: April 16, 2025 | Date: April 16, 2025 |

# CERTIFICATE OF SERVICE

I, David J. MacMain, Esquire, hereby certify that on this 16th day of April, 2025, the foregoing was filed electronically and is available for viewing and downloading from the ECF system of the United States Court of Appeals for the Third Circuit. The following party received notification of this via ECF:

Joel A. Ready, Esquire
Cornerstone Law Firm, LLC
8500 Allentown Pike, Suite 3
Blandon, PA 19510
*Attorney for Appellee/Plaintiff*

**MacMAIN LEINHAUSER PC**

*/s/ David J. MacMain*
David J. MacMain
Attorney ID No. 59320
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Appellants/Defendants*